# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSON DAI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAS INSTITUTE, INC., et al., <br><br> Defendants. | Case No: 4:24-cv-02537-JSW <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE CASES |

On June 28, 2024, the *Dai* Plaintiffs filed with this Court a Notice of Unopposed Motion and Unopposed Motion to Consolidate Cases, seeking to consolidate the above-captioned action with *Shattuck, et al. v. SAS Institute, Inc*., Case No. 3:24-cv-3424 AMO (N.D. Cal.). The Court, having considered the papers and pleadings on file, and good cause appearing therefore, hereby GRANTS the *Dai* Plaintiffs' Unopposed Motion to Consolidate Cases.

IT IS SO ORDERED.

Dated: July 1, 2024

_____
Honorable Jeffrey S. White
United States District Judge