**MOGINRUBIN LLP**
Daniel J. Mogin (SBN 95624)
Timothy Z. LaComb (SBN 314244)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 687-6611
dmogin@moginrubin.com
tlacomb@moginrubin.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K. L. Young (SBN 318371)
Kevin E. Rayhill (SBN 267496)
601 California Street, Suite 1505
San Francisco, CA 94108
Tel (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com

*Attorneys for Plaintiffs*

*Additional counsel on signature page*

**K&L GATES LLP**
Michael E. Martínez (*pro hac vice*)
Lauren Norris Donahue (*pro hac vice*)
70 W. Madison St., Ste. 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
michael.martinez@klgates.com
lauren.donahue@klgates.com

Michael Stortz (SBN 139386)
4 Embarcadero Ctr., Ste 1200
San Francisco, California 94111
Telephone: (415) 882-8200
michael.stortz@klgates.com

*Attorneys for Defendant SAS Institute Inc. and IDeaS, Inc.*

*Additional counsel on signature page*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HANSON DAI, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAS INSTITUTE INC., et al.,<br><br>          Defendants. | Case No.: 4:24-cv-02537-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET PAGE LIMITATIONS FOR BRIEFING OF MOTION TO DISMISS** |

1    Defendants SAS Institute Inc., IDeaS, Inc., Wyndham Hotels & Resorts, Inc., Hilton Domestic

2   Operating Company Inc., Four Seasons Hotels Limited, Omni Hotels Management Corporation, and Hyatt

3   Corporation (collectively, "Defendants") and plaintiffs Hanson Dai, Max Chiswick, Adolph Robles,

4   Steven Stack, Matthew Gilbert, Michael Molinaro, Tony Qian, Mark Lester, Steven Shattuck, and Joel

5   Kamisher (collectively, "Plaintiffs," and together with Defendants, the "Parties") respectfully stipulate as

6   follows:

7        1.    Defendants' Fed. R. Civ. P. 12 motions are due August 29, 2024; Plaintiffs' oppositions

8   are due October 28, 2024; Defendants' replies are due December 12, 2024. (ECF No. 81.)

9        2.    Pursuant to this Court's Civil Standing Order No. 6, briefs may not exceed 15 pages in

10  length (not including title page, indices of cases, table of contents, and exhibits).

11       3.    Except for SAS Institute Inc. and IDeaS, Inc., each Defendant is separately represented in

12  this antitrust action. To present their arguments as efficiently as possible, Defendants seek to file one joint

13  motion to dismiss, in lieu of separate motions. Defendant SAS Institute Inc. ("SAS") also seeks to file a

14  separate motion to dismiss addressing issues unique to SAS.

15       4.    The Parties jointly request that the Court approve the following agreed page limits (not

16  including title page, indices of cases, table of contents, and exhibits) for briefs relating to Defendants'

17  Fed. R. Civ. P. 12 motions:

18           a.    **Defendants' Joint Motion to Dismiss**:

19                i.    Defendants' brief in support: 20 pages

20                ii.   Plaintiffs' brief in opposition: 20 pages

21                iii.  Defendants' brief in reply: 15 pages

22           b.    **SAS's Individual Motion to Dismiss**:

23                i.    Defendants' brief in support: 5 pages

24                ii.   Plaintiffs' brief in opposition: 5 pages

25                iii.  Defendants' brief in reply: 5 pages

26       5.    NOW THEREFORE, pursuant to Civil L.R. 7-11(a), the Parties request that the Court enter

27  an Order approving the Parties' agreed page limits stated above.

28

STIPULATION & [PROPOSED] ORDER RE: PAGE LIMITATIONS | Case No. 4:24-cv-02537-JSW
508045688.3

1  Dated:  August 20, 2024                    Respectfully submitted,

2  */s/ Daniel J. Mogin*                      */s/ Lauren Norris Donahue*

3  **MOGINRUBIN LLP**                         **K&L GATES LLP**
   Daniel J. Mogin (SBN 95624)               Michael E. Martínez (*pro hac vice*)
4  Timothy Z. LaComb (SBN 314244)            Lauren Norris Donahue (*pro hac vice*)
   4225 Executive Square, Suite 600          Brian J. Smith (*pro hac vice*)
5  La Jolla, CA 92037                        John Susoreny (*pro hac vice*)
   Telephone: (619) 687-6611                 70 W. Madison St., Ste. 3300
6  dmogin@moginrubin.com                     Chicago, Illinois 60602
   tlacomb@moginrubin.com                    Telephone: (312) 372-1121
7                                            michael.martinez@klgates.com
                                             lauren.donahue@klgates.com
8  **JOSEPH SAVERI LAW FIRM, LLP**           brian.j.smith@klgates.com
   Joseph R. Saveri (SBN 130064)             john.susoreny@klgates.com
9  Cadio Zirpoli (SBN 179108)
   Christopher K. L. Young (SBN 318371)      Derek A. Sutton (*pro hac vice*)
10 Kevin E. Rayhill (SBN 267496)             301 Hillsborough St., Ste. 1200
   601 California Street, Suite 1505         Raleigh, North Carolina 27603
11 San Francisco, CA 94108                   Telephone: (919) 743-7331
   Tel (415) 500-6800                        derek.sutton@klgates.com
12 jsaveri@saverilawfirm.com
   czirpoli@saverilawfirm.com               Michael Stortz (SBN 139386)
13 cyoung@saverilawfirm.com                  4 Embarcadero Ctr., Ste 1200
   krayhill@saverilawfirm.com               San Francisco, California 94111
14                                            Telephone: (415) 882-8200
                                             michael.stortz@klgates.com
15 **DON BIVENS PLLC**
   Don Bivens (*pro hac vice* forthcoming)   *Attorneys for Defendant SAS Institute Inc. and IDeaS,*
16 15169 N. Scottsdale Road, Suite 205       *Inc.*
   Scottsdale, AZ 85254
17 Telephone: (602) 708-1450
   don@donbivens.com

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER RE: PAGE LIMITATIONS | Case No. 4:24-cv-02537-JSW
508045688.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Suzanne L. Wahl

**ARENTFOX SCHIFF LLP**
Matthew B. Mock (SBN 316380)
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: (213) 629-7400
matthew.mock@afslaw.com

Ann H. MacDonald (*pro hac vice*)
Kylie S. Wood (SBN 331789)
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
ann.macdonald@afslaw.com
kylie.wood@afslaw.com

Suzanne L. Wahl (*pro hac vice*)
350 S. Main St., Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1517
suzanne.wahl@afslaw.com

*Attorneys for Wyndham Hotels & Resorts, Inc.*

/s/ Mari Grace

**DAVIS POLK & WARDWELL LLP**
Neal Potischman (SBN 254862)
Natalie Stoecklein (SBN 350939)
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2021
Facsimile: (650) 752-2111
neal.potischman@davispolk.com
natalie.stoecklein@davispolk.com

D. Jarrett Arp (*pro hac vice*)
Mari Grace (*pro hac vice* forthcoming)
901 15th Street, NW
Washington, DC 20005
Telephone: (202) 962-7150
Facsimile: (202) 962-7102
jarrett.arp@davispolk.com
mari.grace@davispolk.com

Tina Joe (*pro hac vice*)
450 Lexington Ave
New York, NY 10017
Telephone: (212) 450-3541
Facsimile: (212) 701-6541
tina.joe@davispolk.com

*Attorneys for Defendant Hilton Domestic Operating Company Inc.*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ J. Frank Hogue*

**WHITE & CASE LLP**
Christopher M. Curran (*pro hac vice*)
J. Mark Gidley (*pro hac vice*)
J. Frank Hogue (*pro hac vice*)
701 13th Street, NW
Washington, DC 20005
Tel: (202) 626-3600
ccurran@whitecase.com
mgidley@whitecase.com
fhogue@whitecase.com

Heather M. Burke (SBN 284100)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0300
hburke@whitecase.com

*Attorneys for Defendant Four Seasons Hotels Limited*

*/s/ Eliot F. Turner*

**NORTON ROSE FULBRIGHT US LLP**
Joshua D. Lichtman (SBN 176143)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: 213-892-9226
Telecopier: 213-892-9494
joshua.lichtman@nortonrosefulbright.com

Eliot F. Turner (*pro hac vice*)
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: 713-651-5113
Telecopier: 713-651-5246
eliot.turner@nortonrosefulbright.com

*Attorneys for Defendant Omni Hotels Management Corporation*

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Douglas E. Litvack*

**JENNER & BLOCK LLP**
Douglas E. Litvack (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
1099 New York Avenue, NW, Suite 900
Washington, DC  20001
Tel: (202) 639-6000
dlitvack@jenner.com
lharrison@jenner.com

An N. Tran
455 Market Street, Suite 2100
San Francisco, CA 94105
Tel: (628) 267-6800
atran@jenner.com

*Attorneys for Defendant Hyatt Corporation*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, Michael J. Stortz, hereby attest that concurrence in this filing has been obtained from each of the other signatories.

Dated: August 20, 2024                      By:  */s/ Michael J. Stortz*

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: August ___, 2024

_____

HON. JEFFREY S. WHITE

United States District Judge

5

508045688.3