| | |
|---|---|
| **MOGIN LAW LLP**<br>Timothy Z. LaComb (SBN 314244)<br>Daniel J. Mogin (SBN 95624)<br>4225 Executive Square, Suite 600<br>La Jolla, California 92037<br>Telephone: (619) 687-6611<br>Facsimile: (619) 687-6610<br>tzlacomb@moginlawllp.com<br>dmogin@moginlawllp.com | **K&L GATES LLP**<br>Michael E. Martinez (*pro hac vice*)<br>Lauren Norris Donahue (*pro hac vice*)<br>70 W. Madison St., Ste. 3300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br>Facsimile: (312) 827-8116<br>michael.martinez@klgates.com<br>lauren.donahue@klgates.com |
| **JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN 130064)<br>Cadio Zirpoli (SBN 179108)<br>Christopher K. L. Young (SBN 318371)<br>Kevin E. Rayhill (SBN 267496)<br>601 California Street, Suite 1000<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>krayhill@saverilawfirm.com | Michael Stortz (SBN 139386)<br>4 Embarcadero Ctr., Ste 1200<br>San Francisco, California 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>michael.stortz@klgates.com<br><br>*Attorneys for Defendants SAS Institute Inc. and IDeaS, Inc.*<br><br>*Additional counsel on signature page* |

*Attorneys for Plaintiffs*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HANSON DAI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAS INSTITUTE, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 4:24-cv-02537-JSW<br>ORDER GRANTING<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (L.R. 6-2)** |

1      Pursuant to Civil L.R. 6-2 and 7-12, defendants SAS Institute Inc., IDeaS, Inc., Four Seasons Hotels Limited, Hilton Domestic Operating Company Inc., Wyndham Hotels & Resorts, Inc., Hyatt Corporation, and Omni Hotels Management Corporation (collectively, "Defendants") and plaintiffs Hanson Dai, Max Chiswick, Adolph Robles, Steven Stack, Matthew Gilbert, Michael Molinaro, Tony Qin, Mark Lester, Steven Shattuck, and Joel Kamisher (collectively, "Plaintiffs," and together with Defendants, the "Parties") respectfully stipulate as follows:

1. On May 6, 2024, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines. *See* ECF No. 12.

2. On July 1, 2024, this Court ordered that the Parties file proposed deadlines for events in the Preliminary Scheduling Order by July 29, 2024. *See* ECF No. 80.

3. On August 8, 2024, the Court entered the Parties' proposed scheduling order, as follows ("Current Schedule") (*see* ECF 93):

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification. (See ADR L.R. 3) | 11/22/2024 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f) | 04/25/2025 |
| Deadline to file Joint Case Management Statement | 05/02/2025 |
| Deadline to make initial disclosures. (See F.R. Civ P. 26(a)(1)) | 05/09/2025 |
| Initial Case Management Conference | 05/09/2025 |

4. The Court also previously ordered, and the parties stipulated, that the deadlines for the Fed. R. Civ. P. 26(f) conference, Fed. R. Civ. P. 26(a)(1) disclosures, Joint Case Management Statement, and Initial Case Management Conference should fall after the Court's decision on defendants' Rule 12 motions. *See* ECF No. 93.

5. On March 21, 2025, the Court granted SAS Institute Inc.'s Rule 12 motion to dismiss, granting Plaintiffs leave to amend and deferring a deadline on any amendments until resolution of defendants' joint motion to dismiss. *See* ECF No. 129.

6. The Court has not yet ruled on defendants' joint Rule 12 motion to dismiss. *See* ECF No. 100.

7. The Parties agree that all of the deadlines in the Current Schedule should fall after the

1

1  Court's decision on defendants' Rule 12 motions for efficiency reasons.

2       9.     The Parties agree to file a proposed revised schedule 14 days after the Court's decision on the defendants' joint Rule 12 motion.

     NOW THEREFORE, the Parties request that the Court enter an Order vacating all deadlines in the Current Schedule and direct the Parties to file a proposed revised schedule within 14 days of the Court's decision on defendants' joint Rule 12 motion, and provide the Declaration of Lauren Norris Donahue in support of this Stipulated Request.

Dated: April 18, 2025

/s/ Daniel J. Mogin
**MOGIN LAW LLP**
Daniel J. Mogin (SBN 95624)
Timothy Z. LaComb (SBN 314244)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 687-6611
dmogin@moginlawllp.com
tlacomb@moginlawllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K. L. Young (SBN 318371)
Kevin E. Rayhill (SBN 267496)
601 California Street, Suite 1505
San Francisco, CA 94108
Tel (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com

**DON BIVENS PLLC**
Don Bivens (*pro hac vice* forthcoming)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 708-1450
don@donbivens.com

Respectfully submitted,

/s/ Lauren Norris Donahue
**K&L GATES LLP**
Michael E. Martínez (*pro hac vice*)
Lauren Norris Donahue (*pro hac vice*)
John Susoreny (*pro hac vice*)
Victoria S. Pereira Duarte (*pro hac vice*)
70 W. Madison St., Ste. 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8116
michael.martinez@klgates.com
lauren.donahue@klgates.com
john.susoreny@klgates.com
victoria.duarte@klgates.com

Derek A. Sutton (*pro hac vice*)
301 Hillsborough St., Ste. 1200
Raleigh, North Carolina 27603
Telephone: (919) 743-7331
Facsimile: (919) 516-2024
derek.sutton@klgates.com

Michael Stortz (SBN 139386)
4 Embarcadero Ctr., Ste 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
michael.stortz@klgates.com

| | |
|---|---|
| **HARTLEY LLP** <br> Jason S. Hartley (SBN 192514) <br> 101 West Broadway, Suite 820 <br> San Diego, CA 92101 <br> Telephone: (619) 400-5822 <br> hartley@hartleyllp.com <br><br> **KOZYAK TROPIN & THROCKMORTON** <br> Benjamin J. Widlanski (*pro hac vice* forthcoming) <br> Robert Neary (*pro hac vice* forthcoming) <br> 2525 Ponce de Leon Blvd., 9th Floor <br> Coral Gables, FL 33134 <br> Telephone: (305) 372-1800 <br> bwidlanski@kttlaw.com <br> rn@kttlaw.com <br><br><br> *Attorneys for Plaintiffs* | *Attorneys for Defendants SAS Institute Inc. and IDeaS, Inc.* <br><br> /s/ Ann H. MacDonald <br> **ARENTFOX SCHIFF LLP** <br> Matthew B. Mock (SBN 316380) <br> 555 South Flower Street, 43rd Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 629-7400 <br> matthew.mock@afslaw.com <br> Ann H. MacDonald (*pro hac vice*) <br> Kylie S. Wood (SBN 331789) <br> 233 South Wacker Drive, Suite 7100 <br> Chicago, IL 60606 <br> Telephone: (312) 258-5500 <br> ann.macdonald@afslaw.com <br> kylie.wood@afslaw.com <br><br> Suzanne L. Wahl (*pro hac vice*) <br> 350 S. Main St., Suite 210 <br> Ann Arbor, MI 48104 <br> Telephone: (734) 222-1517 <br> suzanne.wahl@afslaw.com <br><br> *Attorneys for Wyndham Hotels & Resorts, Inc.* <br><br> /s/ Neal Potischman <br> **DAVIS POLK & WARDWELL LLP** <br> Neal Potischman (SBN 254862) <br> Natalie Stoecklein (SBN 350939) <br> 900 Middlefield Road, Suite 200 <br> Redwood City, CA 94063 <br> Telephone: (650) 752-2021 <br> Facsimile: (650) 752-2111 <br> neal.potischman@davispolk.com <br> natalie.stoecklein@davispolk.com <br><br> D. Jarrett Arp (*pro hac vice*) <br> Mari Grace (*pro hac vice*) <br> 1050 17th Street NW <br> Washington, DC 20036 <br> Telephone: (202) 962-7150 <br> Facsimile: (202) 962-7102 <br> jarrett.arp@davispolk.com |

3

STIPULATED REQUEST FOR ORDER CHANGING TIME (L.R. 6-2) Case No. 4:24-cv-02537-JSW

mari.grace@davispolk.com

Tina Hwa Joe (*pro hac vice*)
450 Lexington Ave
New York, NY 10017
Telephone: (212) 450-3541
Facsimile: (212) 701-6541
tina.joe@davispolk.com

*Attorneys for Defendant Hilton Domestic Operating Company Inc.*

<u>/s/ Christopher M. Curran</u>
**WHITE & CASE LLP**
Christopher M. Curran (*pro hac vice*)
J. Mark Gidley (*pro hac vice*)
J. Frank Hogue (*pro hac vice*)
701 13th Street, NW
Washington, DC 20005
Tel: (202) 626-3600
ccurran@whitecase.com
mgidley@whitecase.com
fhogue@whitecase.com

Jeremy K. Ostrander (SBN 233489)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0300
jostrander@whitecase.com

*Attorneys for Defendant Four Seasons Hotels Limited*

<u>/s/ Joshua D. Lichtman</u>
**NORTON ROSE FULBRIGHT US LLP**
Joshua D. Lichtman (SBN 176143)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: 213-892-9226
Telecopier: 213-892-9494
joshua.lichtman@nortonrosefulbright.com

Eliot F. Turner (pro hac vice)
1550 Lamar, Suite 2000

4

STIPULATED REQUEST FOR ORDER CHANGING TIME (L.R. 6-2) Case No. 4:24-cv-02537-JSW

Houston, Texas 77010
Telephone: 713-651-5113
Telecopier: 713-651-5246
eliot.turner@nortonrosefulbright.com

*Attorneys for Defendant Omni Hotels Management Corporation*


*/s/ Douglas E. Litvack*
**JENNER & BLOCK LLP**
Douglas E. Litvack (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
dlitvack@jenner.com
lharrison@jenner.com

An N. Tran
455 Market Street, Suite 2100
San Francisco, CA 94105
Tel: (628) 267-6800
atran@jenner.com

*Attorneys for Defendant Hyatt Corporation*

5

STIPULATED REQUEST FOR ORDER CHANGING TIME (L.R. 6-2) Case No. 4:24-cv-02537-JSW

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Lauren Norris Donahue, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: April 18, 2025                                          By: */s/ Lauren Norris Donahue*

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

The case management conference scheduled for May 9, 2025 and all related deadlines are VACATED.

Dated: April 18, 2025

_____
HON. JEFFREY S. WHITE
United States District Judge