**MOGIN LAW LLP**
Timothy Z. LaComb (SBN 314244)
Daniel J. Mogin (SBN 95624)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginlawllp.com
tzlacomb@moginlawllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K. L. Young (SBN 318371)
Kevin E. Rayhill (SBN 267496)
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com

*Attorneys for Plaintiffs*

*Additional counsel on signature page*

**K&L GATES LLP**
Michael E. Martínez (*pro hac vice*)
Lauren Norris Donahue (*pro hac vice*)
70 W. Madison St., Ste. 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8116
michael.martinez@klgates.com
lauren.donahue@klgates.com

Michael Stortz (SBN 139386)
4 Embarcadero Ctr., Ste 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
michael.stortz@klgates.com

*Attorneys for Defendants SAS Institute Inc. and IDeaS, Inc.*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| HANSON DAI, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SAS INSTITUTE INC., et al.,<br><br>        Defendants. | Lead Case No.: 4:24-cv-02537-JSW<br><br>**STIPULATED ~~PROPOSED~~ REVISED SCHEDULE AND ORDER THEREON ~~AS MODIFIED~~** |

STIPULATED ~~PROPOSED~~ REVISED SCHEDULE| Case No. 4:24-cv-02537-JSW
1601074484.2

Pursuant to Civil L.R. 6-2 and 7-12, defendants SAS Institute Inc., IDeaS, Inc., Four Seasons Hotels Limited, Hilton Domestic Operating Company Inc., Wyndham Hotels & Resorts, Inc., Hyatt Corporation, and Omni Hotels Management Corporation (collectively, "Defendants") and plaintiffs Hanson Dai, Max Chiswick, Adolph Robles, Steven Stack, Matthew Gilbert, Michael Molinaro, Tony Qin, Mark Lester, Steven Shattuck, and Joel Kamisher (collectively, "Plaintiffs," and together with Defendants, the "Parties") respectfully stipulate as follows:

1. On August 8, 2024, the Court entered the Parties' proposed scheduling order, as follows ("Current Schedule") (*see* ECF 93):

| Case Management Event | Deadline |
|---|---|
| Deadline to file ADR Certification. (See ADR L.R. 3) | 11/22/2024 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | 04/25/2025 |
| Deadline to file Joint Case Management Statement | 05/02/2025 |
| Deadline to make initial disclosures. (See F.R. Civ P. 26(a)(1)) | 05/09/2025 |
| Initial Case Management Conference | 05/09/2025 |

2. The Court also previously ordered, and the Parties stipulated, that the deadlines for the Fed. R. Civ. P. 26(f) conference and Fed. R. Civ. P. 26(a)(1) disclosures should fall after the Court's decision on Defendants' Rule 12 motions. *See* ECF No. 93.

3. On March 21, 2025, the Court granted SAS Institute Inc.'s Rule 12 motion to dismiss, granting Plaintiffs leave to amend and deferring a deadline on any amendments until resolution of Defendants' joint motion to dismiss. *See* ECF No. 129.

4. On April 18, 2025, the Court entered the Parties' Stipulated Request for Order Changing Time (L.R. 6-2), vacating all deadlines in the Current Schedule and directing the Parties to file a proposed revised schedule within 14 days of the Court's decision on Defendants' joint Rule 12 motion. *See* ECF No. 132. The Parties again agreed that the deadlines for the Fed. R. Civ. P. 26(f) conference and Fed. R. Civ. P. 26(a)(1) disclosures should fall after the Court's decision on Defendants' Rule 12 motions for efficiency reasons. *See* ECF No. 132.

5. On July 18, 2025, the Court granted Defendants' motion to dismiss, with leave to amend, and set the following deadlines (*see* ECF 137):

| Event | Deadline |
|---|---|
| Plaintiffs Amended Complaint | August 25, 2025 |
| Defendants answer or move to dismiss | September 15, 2025 |

1

| Case Management Conference Statement | October 3, 2025 |
| --- | --- |
| Case Management Conference | October 10, 2025 |

6.     The Parties agree that the deadlines for the Fed. R. Civ. P. 26(f) conference and Fed. R. Civ. P. 26(a)(1) disclosures should fall after the Court's decision on Defendants' Rule 12 motions to dismiss Plaintiffs' amended complaint for efficiency reasons.

7.     The Parties agree to file proposed revised deadlines 14 days after the Court's decision on the Defendants' Rule 12 motions to dismiss Plaintiffs' amended complaint, if needed.

NOW THEREFORE, the Parties request that the Court enter an Order staying the deadlines for the Fed. R. Civ. P. 26(f) conference and Fed. R. Civ. P. 26(a)(1) disclosures and direct the Parties to file, if needed, proposed revised deadlines within 14 days after the Court's decision on Defendants' Rule 12 motions and provide the Declaration of Lauren Norris Donahue in support of this Stipulated Request.

| | |
|---|---|
| Dated: August 1, 2025 | Respectfully submitted, |
| /s/ Timothy Z. LaComb | /s/ Michael E. Martínez |
| **MOGIN LAW LLP**<br>Timothy Z. LaComb (SBN 314244)<br>Daniel J. Mogin (SBN 95624)<br>4225 Executive Square, Suite 600<br>La Jolla, CA 92037<br>Telephone: (619) 687-6611<br>Facsimile: (619) 687-6610<br>dmogin@moginlawllp.com<br>tzlacomb@moginlawllp.com<br><br>**JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN 130064)<br>Cadio Zirpoli (SBN 179108)<br>Christopher K. L. Young (SBN 318371)<br>Kevin E. Rayhill (SBN 267496)<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>krayhill@saverilawfirm.com<br><br>**DON BIVENS PLLC**<br>Don Bivens (*pro hac vice* forthcoming)<br>15169 N. Scottsdale Road, Suite 205<br>Scottsdale, AZ 85254<br>Telephone: (602) 708-1450<br>don@donbivens.com<br><br>*Attorneys for Plaintiffs* | **K&L GATES LLP**<br>Michael E. Martínez (*pro hac vice*)<br>Lauren Norris Donahue (*pro hac vice*)<br>Brian J. Smith (*pro hac vice*)<br>John Susoreny (*pro hac vice*)<br>70 W. Madison St., Ste. 3300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br>Facsimile: (312) 827-8116<br>michael.martinez@klgates.com<br>lauren.donahue@klgates.com<br>brian.j.smith@klgates.com<br>john.susoreny@klgates.com<br><br>Derek A. Sutton (*pro hac vice*)<br>301 Hillsborough St., Ste. 1200<br>Raleigh, North Carolina 27603<br>Telephone: (919) 743-7331<br>Facsimile: (919) 516-2024<br>derek.sutton@klgates.com<br><br>Michael Stortz (SBN 139386)<br>4 Embarcadero Ctr., Ste 1200<br>San Francisco, California 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>michael.stortz@klgates.com<br><br>*Attorneys for Defendant SAS Institute Inc. and IDeaS, Inc.*<br><br>/s/ Matthew B. Mock<br><br>**ARENTFOX SCHIFF LLP**<br>Matthew B. Mock (SBN 316380)<br>555 South Flower Street, 43rd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 629-7400<br>matthew.mock@afslaw.com<br><br>Ann H. MacDonald (*pro hac vice*)<br>Kylie S. Wood (SBN 331789)<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone: (312) 258-5500<br>ann.macdonald@afslaw.com<br>kylie.wood@afslaw.com |

|   |   |
|---|---|
|   | Suzanne L. Wahl (*pro hac vice*)<br>350 S. Main St., Suite 210<br>Ann Arbor, MI 48104<br>Telephone: (734) 222-1517<br>suzanne.wahl@afslaw.com<br><br>*Attorneys for Wyndham Hotels & Resorts, Inc.*<br><br>*/s/ Christopher M. Curran*<br><br>**WHITE & CASE LLP**<br>Christopher M. Curran (*pro hac vice*)<br>J. Mark Gidley (*pro hac vice*)<br>J. Frank Hogue (*pro hac vice*)<br>701 13th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>ccurran@whitecase.com<br>mgidley@whitecase.com<br>fhogue@whitecase.com<br><br>Jeremy K. Ostrander (SBN 233489)<br>3000 El Camino Real<br>2 Palo Alto Square, Suite 900<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158<br>jostrander@whitecase.com<br><br>*Attorneys for Defendant Four Seasons Hotels Limited*<br><br>*/s/ Neal Potischman*<br><br>**DAVIS POLK & WARDWELL LLP**<br>Neal Potischman (SBN 254862)<br>Natalie Stoecklein (SBN 350939)<br>900 Middlefield Road, Suite 200<br>Redwood City, CA 94063<br>Telephone: (650) 752-2021<br>Facsimile: (650) 752-2111<br>neal.potischman@davispolk.com<br>natalie.stoecklein@davispolk.com<br><br>D. Jarrett Arp (*pro hac vice*)<br>Mari Grace (*pro hac vice*)<br>901 15th Street, NW<br>Washington, DC 20005<br>Telephone: (202) 962-7150<br>Facsimile: (202) 962-7102 |

| | |
|---|---|
| | jarrett.arp@davispolk.com<br>mari.grace@davispolk.com<br><br>Tina Joe (*pro hac vice*)<br>450 Lexington Ave<br>New York, NY 10017<br>Telephone: (212) 450-3541<br>Facsimile: (212) 701-6541<br>tina.joe@davispolk.com<br><br>*Attorneys for Defendant Hilton Domestic Operating Company Inc.*<br><br>/s/ Douglas E. Litvack<br><br>**JENNER & BLOCK LLP**<br>Douglas E. Litvack (*pro hac vice*)<br>Lindsay C. Harrison (*pro hac vice*)<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>dlitvack@jenner.com<br>lharrison@jenner.com<br><br>An N. Tran<br>455 Market Street, Suite 2100<br>San Francisco, CA 94105<br>Tel: (628) 267-6800<br>atran@jenner.com<br><br>*Attorneys for Defendant Hyatt Corporation*<br><br>/s/ Joshua D. Lichtman<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Joshua D. Lichtman (SBN 176143)<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, California 90071<br>Telephone: 213-892-9226<br>Telecopier: 213-892-9494<br>joshua.lichtman@nortonrosefulbright.com<br><br>Eliot F. Turner (*pro hac vice*)<br>1550 Lamar, Suite 2000<br>Houston, Texas 77010<br>Telephone: 713-651-5113<br>Telecopier: 713-651-5246<br>eliot.turner@nortonrosefulbright.com<br><br>*Attorneys for Defendant Omni Hotels Management Corporation* |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Michael Stortz, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 1, 2025                                By: */s/ Michael J. Stortz*
                                                                    Michael J. Stortz

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
The case management conference scheduled for October 10, 2025 and associated deadlines are VACATED.
Dated: August __4__, 2025

_____
HON. JEFFREY S. WHITE
United States District Judge