UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANSON DAI, et al.,

    Plaintiffs,

v.

SAS INSTITUTE INC., et al.,

    Defendants.

Case No. 24-cv-02537-JSW

**ORDER DIRECTING PLAINTIFFS TO FILE REDLINE VERSION OF AMENDED COMPLAINT**

Re: Dkt. No. 140

The Court ORDERS Plaintiffs to file a redline version of their First Amended Complaint by no later than September 26, 2025.

    **IT IS SO ORDERED**.

Dated: September 9, 2025

_____
JEFFREY S. WHITE
United States District Judge