**MOGIN LAW LLP**
Timothy Z. LaComb (SBN 314244)
Daniel J. Mogin (SBN 95624)
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com
tzlacomb@moginrubin.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Cadio Zirpoli (SBN 179108)
Christopher K. L. Young (SBN 318371)
Kevin E. Rayhill (SBN 267496)
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
krayhill@saverilawfirm.com

*Attorneys for Plaintiffs*

*Additional counsel on signature page*

**K&L GATES LLP**
Michael E. Martínez (*pro hac vice*)
Lauren Norris Donahue (*pro hac vice*)
70 W. Madison St., Ste. 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8116
michael.martinez@klgates.com
lauren.donahue@klgates.com

Michael Stortz (SBN 139386)
4 Embarcadero Ctr., Ste 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
michael.stortz@klgates.com

*Attorneys for Defendant IDeaS, Inc.*

*Additional counsel on signature page*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| HANSON DAI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>IDEAS, INC., et al.,<br><br>　　　　Defendants. | Lead Case No.: 4:24-cv-02537-JSW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME (L.R. 6-2)** |

Pursuant to Civil L.R. 6-2 and 7-12, defendants IDeaS, Inc., Four Seasons Hotels Limited, Hilton Domestic Operating Company Inc., Wyndham Hotels & Resorts, Inc., Hyatt Corporation, and Omni Hotels Management Corporation (collectively, "Defendants") and plaintiffs Hanson Dai, Max Chiswick, Adolph Robles, Steven Stack, Matthew Gilbert, Michael Molinaro, Tony Qin, Mark Lester, Steven Shattuck, and Joel Kamisher (collectively, "Plaintiffs," and together with Defendants, the "Parties") respectfully stipulate as follows:

1. On July 18, 2025, the Court issued its Order Granting Motion to Dismiss with Leave to Amend and Setting Case Management Conference (ECF No. 137), which set the following deadlines:

| Case Event | Deadline |
| --- | --- |
| Plaintiffs' Amended Complaint | 08/25/2025 |
| Defendants' Answer or Motion to Dismiss | 09/15/2025 |
| Case Management Conference Statement | 10/03/2025 |
| Case Management Conference | 10/10/2025 |

2. On August 4, 2025, the Court entered the Stipulated Revised Schedule and Order Thereon (ECF No. 139), which vacated the Case Management Conference scheduled for October 10, 2025 and associated deadlines.

3. Pursuant to Civil L.R. 7-3(a), Plaintiffs' opposition to Defendants' motion to dismiss is due 14 days after the filing of Defendants' motion to dismiss, on September 29, 2025.

4. Pursuant to Civil L.R. 7-3(c), Defendants' reply in support of their motion to dismiss is due seven days thereafter, on October 6, 2025.

5. The Parties have met and conferred and agree that a modest extension of these briefing deadlines would better allow them to present their arguments to the Court in connection with their opposition and reply briefs.

6. The Parties agree that, subject to the Court's approval, Plaintiffs' deadline to file their opposition brief shall be extended from September 29 to October 6, 2025, and Defendants' deadline to file their reply brief shall be extended from October 6, 2025 to October 20, 2025.

NOW THEREFORE, the Parties request that the Court enter an Order setting Plaintiffs' deadline to file their opposition to Defendants' motion to dismiss on October 6, 2025, and Defendants' deadline to file their reply in support of the motion to dismiss on October 20, 2025, and provide the Declaration of

1  Lauren Norris Donahue in support of this Stipulated Request.

| | | |
|---|---|---|
| 1 | Dated: September 16, 2025 | Respectfully submitted, |
| 2 | /s/ Timothy Z. LaComb | /s/ Lauren Norris Donahue |
| 3 | **MOGIN LAW LLP** | **K&L GATES LLP** |
| | Timothy Z. LaComb (SBN 314244) | Michael E. Martínez (*pro hac vice*) |
| 4 | Daniel J. Mogin (SBN 95624) | Lauren Norris Donahue (*pro hac vice*) |
| | 4225 Executive Square, Suite 600 | John Susoreny (*pro hac vice*) |
| 5 | La Jolla, CA 92037 | 70 W. Madison St., Ste. 3300 |
| | Telephone: (619) 687-6611 | Chicago, Illinois 60602 |
| 6 | Facsimile: (619) 687-6610 | Telephone: (312) 372-1121 |
| | dmogin@moginrubin.com | Facsimile: (312) 827-8116 |
| 7 | tzlacomb@moginrubin.com | michael.martinez@klgates.com |
| | | lauren.donahue@klgates.com |
| 8 | **JOSEPH SAVERI LAW FIRM, LLP** | john.susoreny@klgates.com |
| | Joseph R. Saveri (SBN 130064) | |
| 9 | Cadio Zirpoli (SBN 179108) | Derek A. Sutton (*pro hac vice*) |
| | Christopher K. L. Young (SBN 318371) | 301 Hillsborough St., Ste. 1200 |
| 10 | Kevin E. Rayhill (SBN 267496) | Raleigh, North Carolina 27603 |
| | 601 California Street, Suite 1000 | Telephone: (919) 743-7331 |
| 11 | San Francisco, CA 94108 | Facsimile: (919) 516-2024 |
| | Telephone: (415) 500-6800 | derek.sutton@klgates.com |
| 12 | jsaveri@saverilawfirm.com | |
| | czirpoli@saverilawfirm.com | Michael Stortz (SBN 139386) |
| 13 | cyoung@saverilawfirm.com | 4 Embarcadero Ctr., Ste 1200 |
| | krayhill@saverilawfirm.com | San Francisco, California 94111 |
| 14 | | Telephone: (415) 882-8200 |
| | **DON BIVENS PLLC** | Facsimile: (415) 882-8220 |
| 15 | Don Bivens (*pro hac vice* forthcoming) | michael.stortz@klgates.com |
| | 15169 N. Scottsdale Road, Suite 205 | |
| 16 | Scottsdale, AZ 85254 | *Attorneys for Defendant IDeaS, Inc.* |
| | Telephone: (602) 708-1450 | |
| 17 | don@donbivens.com | /s/ Matthew B. Mock |
| 18 | *Attorneys for Plaintiffs* | **ARENTFOX SCHIFF LLP** |
| | | Matthew B. Mock (SBN 316380) |
| 19 | | 555 South Flower Street, 43rd Floor |
| 20 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 629-7400 |
| 21 | | matthew.mock@afslaw.com |
| 22 | | Ann H. MacDonald (*pro hac vice*) |
| 23 | | Kylie S. Wood (SBN 331789) |
| | | 233 South Wacker Drive, Suite 7100 |
| 24 | | Chicago, IL 60606 |
| | | Telephone: (312) 258-5500 |
| 25 | | ann.macdonald@afslaw.com |
| | | kylie.wood@afslaw.com |
| 26 | | |
| 27 | | Suzanne L. Wahl (*pro hac vice*) |
| | | 350 S. Main St., Suite 210 |
| 28 | | Ann Arbor, MI 48104 |

Telephone: (734) 222-1517
suzanne.wahl@afslaw.com

*Attorneys for Wyndham Hotels & Resorts, Inc.*

*/s/ Christopher M. Curran*

**WHITE & CASE LLP**
Christopher M. Curran (*pro hac vice*)
J. Mark Gidley (*pro hac vice*)
J. Frank Hogue (*pro hac vice*)
701 13th Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
mgidley@whitecase.com
fhogue@whitecase.com

Jeremy K. Ostrander (SBN 233489)
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
jostrander@whitecase.com

*Attorneys for Defendant Four Seasons Hotels Limited*

*/s/ Neal Potischman*

**DAVIS POLK & WARDWELL LLP**
Neal Potischman (SBN 254862)
Natalie Stoecklein (SBN 350939)
900 Middlefield Road, Suite 200
Redwood City, CA 94063
Telephone: (650) 752-2021
Facsimile: (650) 752-2111
neal.potischman@davispolk.com
natalie.stoecklein@davispolk.com

D. Jarrett Arp (*pro hac vice*)
Mari Grace (*pro hac vice*)
901 15th Street, NW
Washington, DC 20005
Telephone: (202) 962-7150
Facsimile: (202) 962-7102
jarrett.arp@davispolk.com
mari.grace@davispolk.com

Tina Joe (*pro hac vice*)

450 Lexington Ave
New York, NY 10017
Telephone: (212) 450-3541
Facsimile: (212) 701-6541
tina.joe@davispolk.com

*Attorneys for Defendant Hilton Domestic Operating Company Inc.*

*/s/ Douglas E. Litvack*

**JENNER & BLOCK LLP**
Douglas E. Litvack (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
dlitvack@jenner.com
lharrison@jenner.com

An N. Tran
455 Market Street, Suite 2100
San Francisco, CA 94105
Tel: (628) 267-6800
atran@jenner.com

*Attorneys for Defendant Hyatt Corporation*

*/s/ Joshua D. Lichtman*

**NORTON ROSE FULBRIGHT US LLP**
Joshua D. Lichtman (SBN 176143)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: 213-892-9226
Telecopier: 213-892-9494
joshua.lichtman@nortonrosefulbright.com

Eliot F. Turner (*pro hac vice*)
1550 Lamar, Suite 2000
Houston, Texas 77010
Telephone: 713-651-5113
Telecopier: 713-651-5246
eliot.turner@nortonrosefulbright.com

*Attorneys for Defendant Omni Hotels Management Corporation*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Lauren Norris Donahue, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: September 16, 2025                                          By: */s/ Lauren Norris Donahue*

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September ___, 2025

_____
HON. JEFFREY S. WHITE
United States District Judge